# EXHIBIT A

*Dates of Plaintiff Atlas Master Fund, Ltd.'s Purchases of  
ARCP Common Stock Security-Based Swaps:*

9/17/14  
9/18/14  
9/24/14  
9/25/14  
9/30/14  
10/01/14  
10/02/14  
10/03/14  
10/06/14  
10/07/14  
10/08/14  
10/09/14  
10/13/14  
10/15/14  
10/16/14  
10/22/14  
10/23/14  
10/24/14  
10/27/14  
10/28/14  
10/29/14