## **EXHIBIT C**

*Dates of Plaintiff Lyxor/Balyasny Atlas Enhanced Fund, Ltd.'s Purchases of ARCP Common Stock Security-Based Swaps:*

9/17/14
9/18/14
9/24/14
9/25/14
9/30/14
10/01/14
10/02/14
10/03/14
10/06/14
10/07/14
10/08/14
10/09/14
10/13/14
10/15/14
10/16/14
10/22/14
10/23/14
10/24/14
10/27/14
10/28/14
10/29/14