UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| ATLAS MASTER FUND, LTD., ATLAS LEVERAGED MASTER FUND, LTD., and LYXOR/BALYASNY ATLAS ENHANCED FUND, LTD. | : : : : : : | Civil Action No. |
| Plaintiffs, | : : | **PLAINTIFFS' RULE 7.1 STATEMENT** |
| v. | : : : |  |
| AMERICAN REALTY CAPITAL PROPERTIES, INC. n/k/a VEREIT, INC., NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN S. BLOCK, and LISA P. MCALISTER, | : : : : |  |
| Defendants. |  |  |

-------------------------------------------------------------------x

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs Atlas Master Fund, Ltd., Atlas Leveraged Master Fund, Ltd., and Lyxor/Balyasny Atlas Enhanced Fund, Ltd. (collectively, "Plaintiffs") hereby certifies as follows.

Atlas Master Fund, Ltd. has no parent corporations, and no publicly held corporation owns 10% or more of Atlas Master Fund, Ltd.'s stock.

Atlas Leveraged Master Fund, Ltd. has no parent corporations, and no publicly held corporation owns 10% or more of Atlas Leveraged Master Fund, Ltd.'s stock.

Lyxor/Balyasny Atlas Enhanced Fund, Ltd. has no parent corporations, and no publicly held corporation owns 10% or more of Lyxor/Balyasny Atlas Enhanced Fund, Ltd.'s stock.

-2-

Dated: July 8, 2016                                     LOWENSTEIN SANDLER LLP
       New York, New York

                                By: /s/ Lawrence M. Rolnick
                                    Lawrence M. Rolnick
                                    Marc B. Kramer
                                    Michael J. Hampson
                                    1251 Avenue of the Americas
                                    New York, NY  10020
                                    Tel. 212.262.6700