UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
Atlas Master Fund, Ltd., et al                     Case No. 1:16-cv-05475

                    Plaintiff,

        -against-
American Realty Capital
Properties, Inc. et al.       Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Lawrence M. Rolnick_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: LR0546_____   My State Bar Number is  2024784_____

I am,

[✔]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME:  Lowenstein Sandler LLP_____
             FIRM ADDRESS: 65 Livingston Avenue, Roseland, NJ 07068_____
             FIRM TELEPHONE NUMBER: 973-597-2500_____
             FIRM FAX NUMBER: 973-597-2400_____

NEW FIRM:   FIRM NAME: Lowenstein Sandler LLP_____
             FIRM ADDRESS: 1251 Avenue of the Americas, NY, NY 10020_____
             FIRM TELEPHONE NUMBER: 212-262-6700_____
             FIRM FAX NUMBER: 212-262-7402_____

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:  9/7/2017                          /s/ Lawrence M. Rolnick_____
                                              ATTORNEY'S SIGNATURE