UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLAS MASTER FUND, LTD. and ATLAS LEVERAGED MASTER FUND, LTD.,<br><br>      Plaintiffs,<br><br>  v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC. n/k/a VEREIT, INC., *et al.*,<br><br>      Defendants. | Civil Action No. 1:16-cv-05475-AKH |

### DECLARATION OF DANIEL P. MOYLAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

DANIEL P. MOYLAN, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am a partner of the firm Zuckerman Spaeder LLP, 100 East Pratt Street, Suite 2440, Baltimore, Maryland 21202-1031.

2. I am a member in good standing of the bar of Maryland. I am admitted to practice in the United States District Court for the District of Maryland, the United States Court of Appeals for the Fourth Circuit, and the Court of Appeals of Maryland. I have also been admitted *pro hac vice* in various other federal courts.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of October, 2017 in Baltimore, Maryland.

_____
                    DANIEL P. MOYLAN