UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TWIN SECURITIES, INC., *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL<br>PROPERTIES, INC., *et al.*,<br><br>                              Defendants. | Civil Action No.: 1:15-cv-01291-AKH |
| HG VORA SPECIAL OPPORTUNITIES<br>MASTER FUND, LTD.,<br><br>                              Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL<br>PROPERTIES, INC., *et al.*,<br><br>                              Defendants. | Civil Action No.: 1:15-cv-04107-AKH |

*(caption continued on following page)*

### DECLARATION OF JONATHAN D. USLANER IN SUPPORT
### OF THE DIRECT ACTION PLAINTIFFS' MOTION FOR
### PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT BRIAN S. BLOCK

| | |
|---|---|
| BLACKROCK ACS US EQUITY TRACKER FUND, *et al.*, <br><br>                              Plaintiffs, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br>                              Defendants. | Civil Action No.: 1:15-cv-08464-AKH |
| PIMCO FUNDS: PIMCO DIVERSIFIED INCOME FUND, *et al.*, <br><br>                              Plaintiffs, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br>                              Defendants. | Civil Action No.: 1:15-cv-08466-AKH |
| CLEARLINE CAPITAL PARTNERS LP, *et al.*, <br><br>                              Plaintiffs, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br>                              Defendants. | Civil Action No.: 1:15-cv-08467-AKH |

*(caption continued on following page)*

| | |
|---|---|
| PENTWATER EQUITY OPPORTUNITIES MASTER FUND LTD., *et al.*, <br><br>           Plaintiffs, <br><br>v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br>           Defendants. | Civil Action No.: 1:15-cv-08510-AKH |
| ETON PARK FUND, L.P. and ETON PARK MASTER FUND, LTD., <br><br>           Plaintiffs, <br><br>v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br>           Defendants. | Civil Action No.: 1:16-cv-09393-AKH |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, *et al.*, <br><br>           Plaintiffs, <br><br>v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br>          Defendants. | Civil Action No.: 1:17-cv-02796-AKH |

*(caption continued on following page)*

| | |
|---|---|
| JET CAPITAL MASTER FUND, L.P., *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>      Defendants. | Civil Action No.: 1:15-cv-00307-AKH |
| ARCHER CAPITAL MASTER FUND, L.P., *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>      Defendants. | Civil Action No.: 1:16-cv-05471-AKH |
| ATLAS MASTER FUND, LTD., *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>      Defendants. | Civil Action No.: 1:16-cv-05475-AKH |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P., *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>      Defendants. | Civil Action No.: 1:17-cv-04975-AKH |

I, Jonathan D. Uslaner, have personal knowledge of the matters stated herein and declare under penalty of perjury as follows:

1. I am a Partner at Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") and am counsel for the Twin Capital, HG Vora, BlackRock, PIMCO, Clearline, Pentwater, Eton Park, and Reliance Standard Plaintiffs in the above-captioned actions.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Sealed Indictment against Brian Block filed on September 7, 2016, in the case, *United States of America v. Brian Block*, No. 16-cr-00595 (JPO) (unsealed September 8, 2016).

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the trial testimony of Ryan Steel filed on July 20, 2017, in the case, *United States of America v. Brian Block*, No. 16-cr-00595 (JPO).

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the trial testimony of Defendant Lisa McAlister filed on July 20, 2017, in the case, *United States of America v. Brian Block*, No. 16-cr-00595 (JPO).

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the June 30th, 2017 trial transcript filed on July 20, 2017, in the case, *United States of America v. Brian Block*, No. 16-cr-00595 (JPO).

6. Attached hereto as Exhibit 5 is a true and correct copy of the Verdict Form filed on July 7, 2017, in the case, *United States of America v. Brian Block*, No. 16-cr-00595 (JPO).

7. Attached hereto as Exhibit 6 is a true and correct copy of the November 8, 2017 hearing transcript of Block's sentencing in the case, *United States of America v. Brian Block*, No. 16-cr-00595 (JPO).

8. Attached hereto as Exhibit 7 is a true and correct copy of the Judgment in a Criminal Case filed on November 9, 2017, in the case, *United States of America v. Brian Block*, No. 16-cr-

-2-

00595 (JPO).

9. Attached hereto as Exhibit 8 is a true and correct copy of the Opinion and Order denying Block's motion for judgment of acquittal under Rule 29 filed on October 24, 2017, in the case, *United States of America v. Brian Block*, No. 16-cr-00595 (JPO).

10. Attached hereto as Exhibit 9 is a true and correct copy of the Opinion and Order denying Block's motion for bail pending appeal filed on December 22, 2017, in the case, *United States of America v. Brian Block*, No. 16-cr-00595 (JPO).

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 28th day of March 2018

_____
Jonathan D. Uslaner