# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TWIN SECURITIES, INC., *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL<br>PROPERTIES, INC., *et al.*,<br><br>                    Defendants. | Civil Action No.: 1:15-cv-01291-AKH |
| HG VORA SPECIAL OPPORTUNITIES<br>MASTER FUND, LTD.,<br><br>                    Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL<br>PROPERTIES, INC., *et al.*,<br><br>                    Defendants. | Civil Action No.: 1:15-cv-04107-AKH |

*(caption continued on following page)*


**DIRECT ACTION PLAINTIFFS' RULE 56.1 STATEMENT OF UNDISPUTED
MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR
<u>PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT BRIAN S. BLOCK</u>**

BLACKROCK ACS US EQUITY TRACKER
FUND, *et al.*,

                     Plaintiffs,

v.

AMERICAN REALTY CAPITAL
PROPERTIES, INC., *et al.*,

                     Defendants.

Civil Action No.: 1:15-cv-08464-AKH

---

PIMCO FUNDS: PIMCO DIVERSIFIED
INCOME FUND, *et al.*,

                     Plaintiffs,

v.

AMERICAN REALTY CAPITAL
PROPERTIES, INC., *et al.*,

                     Defendants.

Civil Action No.: 1:15-cv-08466-AKH

---

CLEARLINE CAPITAL PARTNERS LP, *et al.*,

                     Plaintiffs,

v.

AMERICAN REALTY CAPITAL
PROPERTIES, INC., *et al.*,

                     Defendants.

Civil Action No.: 1:15-cv-08467-AKH

*(caption continued on following page)*

| | |
|---|---|
| PENTWATER EQUITY OPPORTUNITIES MASTER FUND LTD., *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No.: 1:15-cv-08510-AKH |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, | |
| Defendants. | |
| ETON PARK FUND, L.P. and ETON PARK MASTER FUND, LTD., | |
| Plaintiffs, | |
| v. | Civil Action No.: 1:16-cv-09393-AKH |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, | |
| Defendants. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No.: 1:17-cv-02796-AKH |
| AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, | |
| Defendants. | |

*(caption continued on following page)*

| | |
|---|---|
| JET CAPITAL MASTER FUND, L.P., *et al.*, <br><br>                    Plaintiffs, <br><br>v. <br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br>                    Defendants. | Civil Action No.: 1:15-cv-00307-AKH |
| ARCHER CAPITAL MASTER FUND, L.P., *et al.*, <br><br>                    Plaintiffs, <br><br>v. <br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br>                    Defendants. | Civil Action No.: 1:16-cv-05471-AKH |
| ATLAS MASTER FUND, LTD., *et al.*, <br><br>                    Plaintiffs, <br><br>v. <br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br>                    Defendants. | Civil Action No.: 1:16-cv-05475-AKH |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P., *et al.*, <br><br>                    Plaintiffs, <br><br>v. <br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br>                    Defendants. | Civil Action No.: 1:17-cv-04975-AKH |

Pursuant to Rule 56.1 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, the Direct Action Plaintiffs ("Plaintiffs") hereby submit the following material facts as to which Plaintiffs contend there is no genuine issue to be tried in this matter.  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment Against Defendant Brian S. Block, dated March 28, 2018, and filed herewith.

## UNDISPUTED MATERIAL FACTS

1.      On September 7, 2016, the United States Attorney for the Southern District of New York filed an Indictment against Brian Block in this District, which asserted six counts against Block:  (1) securities fraud; (2) false statements in filings with the SEC regarding ARCP's 2014 Second Quarter 10-Q; (3) false statements in filings with the SEC regarding ARCP's 2014 Second Quarter 8-K; (4) false certification of disclosure filed with the SEC; (5) false certifications filed with the SEC (18 U.S.C. § 1350); and (6) conspiracy to commit securities fraud, to make false filings with the SEC, and to falsify books and records.  A true and correct copy of the Indictment is attached to the Declaration of Jonathan D. Uslaner in Support of the Direct Action Plaintiffs' Motion for Partial Summary Judgment Against Brian S. Block ("Uslaner Decl.") as Exhibit 1.

2.      On June 30, 2017, the jury delivered its verdict, finding Block guilty of all six counts, including securities fraud.  True and correct copies of excerpts of the June 30, 2017 trial transcript and the jury's verdict form are attached to the Uslaner Decl. as Exs. 4 and 5, respectively.

3.      Block's criminal trial lasted approximately three weeks.  Uslaner Decl., Ex. 4.

4.      During his trial, Block was represented by four attorneys from the international law firm of Steptoe & Johnson, LLP.  Uslaner Decl., Ex. 4.

5.      Twelve fact witnesses testified during his trial, including Defendant Lisa McAlister and Ryan Steel.   True and correct copies of excerpts of the trial testimony of Defendant Lisa McAlister and Ryan Steel, are attached to the Uslaner Decl. as Exs. 2 and 3, respectively.

6.      On October 24, 2017, Judge Oetken denied Block's motion for judgment of acquittal under Federal Rule of Criminal Procedure 29.   A true and correct copy of the October 24, 2017 Order is attached to the Uslaner Decl. as Ex. 8.

7.      On November 8, 2017, Judge Oetken sentenced Block to eighteen months in federal prison and fined Block $100,000.   A true and correct copy of the November 8, 2017 hearing transcript is attached to the Uslaner Decl. as Ex. 6.

8.      On November 9, 2017, Judge Oetken entered judgment against Block.   A true and correct copy of the November 9, 2017 Judgment is attached to the Uslaner Decl. as Ex. 7.

9.      On December 22, 2017, Judge Oetken denied Block's motion for bail pending appeal.   A true and correct copy of the December 22, 2017 Order is attached to the Uslaner Decl. as Ex. 9.

DATED:   March 28, 2018

Respectfully submitted,

| | |
|---|---|
| BERNSTEIN LITOWITZ BERGER<br>& GROSSMANN LLP | LOWENSTEIN SANDLER LLP |
| By: _Salvatore Graziano_ | By: _____ |
| Salvatore J. Graziano | Lawrence M. Rolnick |
| Mark Lebovitch | Marc B. Kramer |
| Jonathan D. Uslaner | Thomas E. Redburn, Jr. (*pro hac vice*) |
| David Kaplan (*pro hac vice*) | Sheila A. Sadighi (*pro hac vice*) |
| Jacob T. Spaid (*pro hac vice*) | Michael J. Hampson |
| 1251 Avenue of the Americas | Brandon M. Fierro |
| New York, New York 10020 | 1251 Avenue of the Americas |
| Tel:   (212) 554-1400 | New York, New York 10020 |
| Fax:   (212) 554-1444 | Tel:   (212) 262-6700 |
| sgraziano@blbglaw.com | Fax:   (212) 262-7402 |
| MarkL@blbglaw.com | lrolnick@lowenstein.com |

JonathanU@blbglaw.com
DavidK@blbglaw.com
Jacob.Spaid@blbglaw.com

*Attorneys for Plaintiffs in the Twin Capital, HG Vora, BlackRock, PIMCO, Clearline, Pentwater, Eton Park, and Reliance Standard Actions*

mkramer@lowenstein.com
tredburn@lowenstein.com
ssadighi@lowenstein.com
mhampson@lowenstein.com
bfierro@lowenstein.com

*Attorneys for Plaintiffs in the Jet Capital, Archer Capital, Atlas and Fir Tree Actions*