UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TWIN SECURITIES, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br> Defendants. | Civil Action No.: 1:15-cv-01291-AKH |
| HG VORA SPECIAL OPPORTUNITIES MASTER FUND, LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br> Defendants. | Civil Action No.: 1:15-cv-04107-AKH |

*(caption continued on following page)*

**DECLARATION OF JONATHAN D. USLANER
IN SUPPORT OF THE DIRECT ACTION PLAINTIFFS' MOTION FOR
<u>PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT LISA MCALISTER</u>**

| | |
|---|---|
| BLACKROCK ACS US EQUITY TRACKER FUND, *et al.*, <br><br>       Plaintiffs, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br>       Defendants. | Civil Action No.: 1:15-cv-08464-AKH |
| PIMCO FUNDS: PIMCO DIVERSIFIED INCOME FUND, *et al.*, <br><br>       Plaintiffs, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br>       Defendants. | Civil Action No.: 1:15-cv-08466-AKH |
| CLEARLINE CAPITAL PARTNERS LP, *et al.*, <br><br>       Plaintiffs, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br>       Defendants. | Civil Action No.: 1:15-cv-08467-AKH |

*(caption continued on following page)*

| | |
|---|---|
| PENTWATER EQUITY OPPORTUNITIES MASTER FUND LTD., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br> Defendants. | Civil Action No.: 1:15-cv-08510-AKH |
| ETON PARK FUND, L.P. and ETON PARK MASTER FUND, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br> Defendants. | Civil Action No.: 1:16-cv-09393-AKH |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br> Defendants. | Civil Action No.: 1:17-cv-02796-AKH |

*(caption continued on following page)*

| | |
|---|---|
| JET CAPITAL MASTER FUND, L.P., *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>                Defendants. | Civil Action No.: 1:15-cv-00307-AKH |
| ARCHER CAPITAL MASTER FUND, L.P., *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>                Defendants. | Civil Action No.: 1:16-cv-05471-AKH |
| ATLAS MASTER FUND, LTD., *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>                Defendants. | Civil Action No.: 1:16-cv-05475-AKH |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P., *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>                Defendants. | Civil Action No.: 1:17-cv-04975-AKH |

I, Jonathan D. Uslaner, have personal knowledge of the matters stated herein and declare under penalty of perjury as follows:

1. I am a Partner at Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") and am counsel for the Twin Capital, HG Vora, BlackRock, PIMCO, Clearline, Pentwater, Eton Park, and Reliance Standard Plaintiffs in the above-captioned actions.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Sealed Information of Lisa McAlister filed on June 29, 2016, in the case, *United States of America v. Lisa McAlister*, No. 16-cr-00653 (AKH) (unsealed September 28, 2016).

3. Attached hereto as Exhibit 2 is a true and correct copy of the June 29, 2016 hearing transcript of McAlister's plea allocution in the case, *United States of America v. Lisa McAlister*, No. 16-cr-00653 (AKH).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Waiver of Indictment filed on September 8, 2016, in the case, *United States of America v. Lisa McAlister*, No. 16-cr-00653 (AKH).

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the trial testimony of Defendant Lisa McAlister filed on July 20, 2017, in the case, *United States of America v. Brian Block*, No. 16-cr-00595 (JPO).

6. Attached hereto as Exhibit 5 is a true and correct copy of the March 23, 2018 Judgment in a Criminal Case entered against McAlister, filed on March 26, 2018, in the case, *United States of America v. Lisa McAlister*, No. 16-cr-00653 (JPO).

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 28th day of March 2018

Jonathan D. Uslaner

-1-