# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TWIN SECURITIES, INC., *et al.*, <br><br>                              Plaintiffs, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br>                              Defendants. | Civil Action No.: 1:15-cv-01291-AKH |
| HG VORA SPECIAL OPPORTUNITIES MASTER FUND, LTD., <br><br>                              Plaintiff, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br>                              Defendants. | Civil Action No.: 1:15-cv-04107-AKH |

(*caption continued on following page*)

**REPLY DECLARATION OF LAWRENCE M. ROLNICK IN
FURTHER SUPPORT OF THE DIRECT ACTION PLAINTIFFS' MOTION FOR
PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT
<u>AMERICAN REALTY CAPITAL PROPERTIES, INC.</u>**

| | |
|---|---|
| BLACKROCK ACS US EQUITY TRACKER FUND, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>                              Defendants. | Civil Action No.: 1:15-cv-08464-AKH |
| PIMCO FUNDS: PIMCO DIVERSIFIED INCOME FUND, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>                              Defendants. | Civil Action No.: 1:15-cv-08466-AKH |
| CLEARLINE CAPITAL PARTNERS LP, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>                              Defendants. | Civil Action No.: 1:15-cv-08467-AKH |

(*caption continued on following page*)

| | |
|---|---|
| PENTWATER EQUITY OPPORTUNITIES MASTER FUND LTD., *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>                    Defendants. | Civil Action No.: 1:15-cv-08510-AKH |
| ETON PARK FUND, L.P. and ETON PARK MASTER FUND, LTD.,<br><br>                  Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>                    Defendants. | Civil Action No.: 1:16-cv-09393-AKH |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, *et al.*,<br><br>                  Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>                  Defendants. | Civil Action No.: 1:17-cv-02796-AKH |

(*caption continued on following page*)

| | |
|---|---|
| JET CAPITAL MASTER FUND, L.P., *et al.*, <br><br>                    Plaintiffs, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br>                    Defendants. | Civil Action No.: 1:15-cv-00307-AKH |
| ARCHER CAPITAL MASTER FUND, L.P., *et al.*, <br><br>                    Plaintiffs, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br>                    Defendants. | Civil Action No.: 1:16-cv-05471-AKH |
| ATLAS MASTER FUND, LTD., *et al.*, <br><br>                    Plaintiffs, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br>                    Defendants. | Civil Action No.: 1:16-cv-05475-AKH |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P., *et al.*, <br><br>                    Plaintiffs, <br><br> v. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br>                    Defendants. | Civil Action No.: 1:17-cv-04975-AKH |

Pursuant to 28 U.S.C. § 1746, **LAWRENCE M. ROLNICK**, under penalty of perjury, hereby declares as follows:

1. I am a partner at the law firm of Lowenstein Sandler LLP, counsel in this matter to the Archer Capital, Atlas, Fir Tree, and Jet Capital Plaintiffs in the above-captioned actions. I submit this declaration in further support of the Direct Action Plaintiffs' motion for partial summary judgment against Defendant American Realty Capital Properties, Inc. ("ARCP").

2. Attached hereto as **Exhibit 20** is a true and correct copy of relevant excerpts from Amendment No. 2 to the annual report for the year ended December 31, 2013, filed by ARCP on Form 10-K/A with the U.S. Securities and Exchange Commission ("SEC") on or about March 2, 2015.

3. Attached hereto as **Exhibit 21** is a true and correct copy of "Financial Restatements: Understanding Differences and Significance" by Ernst & Young Center for Board Matters, dated May 2015.

4. Attached hereto as **Exhibit 22** is a true and correct copy of relevant excerpts from the transcript of the deposition of Edward Rendell, testifying in the above-captioned matter on April 13, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 22, 2018.

By: _____
Lawrence M. Rolnick